UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

JAKE GRIFFIN,

    STUDENT
    13816 Alderton Road
    Silver Spring, MD 20906

v.                              CIVIL ACTION NO. TDC 16CV2027

MONTGOMERY COUNTY
PUBLIC SCHOOLS

    Serve:
    Assistant State Superintendent for Special Education
    Maryland State Department of Education
    200 West Baltimore Street
    Baltimore, MD 21201

\* \* \* \* \* \* \* \* \* \* \* \* \*

Dr. Suzanne Levin and Paul Griffin (Parents) on behalf of their son, Jake Griffin (Student), hereby file this Appeal of the Decision of Administrative Law Judge Marina L. Sabett, OAH No. MSDE-MONT-OT-15-35653, issued on February 12, 2016. (Decision) (Attachment 1).

Parents allege that Montgomery County Public Schools (MCPS) committed and continue to commit substantive violations under the Individuals with Disabilities Education Act. 20 U.S.C.A. § 1415(f)(l)(A) (2010). Parents further allege that the Decision failed to remedy those violations and that the Administrative Law Judge committed errors in the Decision and during the Due Process Hearing before the Office of Administrative Hearings.

A memorandum setting forth these violations and errors will follow this filing.

Respectfully submitted this 10th day of June, 2016.

Paul G. Griffin (Bar No. 15182)
13816 Alderton Road
Silver Spring, MD 20906
(301) 254-2745
p-griffin@comcast.net
Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of June, 2016 a copy of the foregoing was mailed first-class, postage prepaid to:

> Assistant State Superintendent for Special Education
> Maryland State Department of Education
> 200 West Baltimore Street
> Baltimore, MD 21201

_____
Paul G. Griffin